# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: Geneva Repair Shop, Inc.

Case Number: 23-13878

An appearance is hereby filed by the undersigned as attorney for:

Byline Bank

Attorney name (type or print): Amanda E. Losquadro

Firm: Chuhak & Tecson, P.C.

Street address: 120 S. Riverside Plaza, Suite 1700

City/State/Zip: Chicago, IL 60606

Bar ID Number: 6299371
(See item 3 in instructions)

Telephone Number: (312) 849-4123

Email Address: alosquadro@chuhak.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ✔ | |
| Are you acting as local counsel in this case? | | ✔ |
| Are you a member of the court's trial bar? | | ✔ |
| If this case reaches trial, will you act as the trial attorney? | | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you
    ☐ Federal Defender
    ☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on October 20, 2023

Attorney signature: S/ Amanda E. Losquadro

(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015